# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KATHY CODY,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-826-Orl-19DAB**

**STUMP, CALLAHAN, DIETRICH & SPEARS,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION AND ORDER

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on review of the file. On July 24, 2007, the District Court issued an Order to Show Cause regarding Plaintiff's failure to file Answers to Court Interrogatories (Doc. No. 16). Plaintiff was ordered to file the Answers and respond to the show cause Order within 11 days of the Order, and was advised that failure to do so might result in dismissal without further notice. As of this date, Plaintiff has not complied with the show cause Order and it is therefore **respectfully recommended** that the case be **dismissed** for failure to comply and failure to prosecute.

| | |
|---|---|
| **MOTION:** | **MOTION TO WITHDRAW AS ATTORNEY OF RECORD (Doc. No. 17)** |
| **FILED:** | **August 10, 2007** |

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot, in light of the foregoing.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended and Ordered in Orlando, Florida on August 20, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy