**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KATHY CODY,

      Plaintiff,

vs.                                                                               CASE NO. 6:07-CV-826-ORL-19

STUMP, CALLAHAN, DIETRICH &
SPEARS,

      Defendant.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 18, filed August 20, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 18) is **ADOPTED and AFFIRMED.** The Motion to Withdraw as Attorney of Record (Doc. No. 17, filed August 10, 2007) is denied as moot. This case is **DISMISSED** for failure to comply with Order of Court and for failure to prosecute. The Clerk of Court shall close this file.

**DONE AND ORDERED** at Orlando, Florida, this   15th   day of September, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record